UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAFAYETTE JEROME PLAIRE,

    Plaintiff,

v.                                          Case No:   8:25-cv-00809-JLB-AEP

SUNCOAST CREDIT UNION, et al.,

    Defendants.
_____/

## ORDER

    The Magistrate Judge has entered a Report and Recommendation (Doc. 18), recommending that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 16), which the Court construes as a motion to proceed *in forma pauperis* be **DENIED** and recommending that Plaintiff's Second Amended Complaint (Doc. 12) be **DISMISSED**.  No party has objected, and the time to do so has expired.

    A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

    Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report

and Recommendation is due to be adopted. After the Court's careful independent review, the Court finds that any amendment to the complaint would be futile.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 18) is **ADOPTED** and made a part of this Order for all purposes.

2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 16) is **DENIED**.

3. Plaintiff's Second Amended Complaint (Doc. 12) is **DISMISSED**.

**ORDERED** in Tampa, Florida, on October 22, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE